UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This Document Relates To:<br>*City of Richmond v. AmerisourceBergen Drug Corporation, et al.*<br><br>1:19-op-45546-DAP | MDL 2804<br><br>Case No. 1:17-md-2804<br><br>Judge Dan Aaron Polster<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

COMES NOW City of Richmond ("Plaintiff"), by and through its counsel, to give Notice of Voluntary Dismissal of Defendant Hospira, Inc. ("Hospira") pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). This Notice is appropriate as Plaintiff is filing it before Hospira has served either its Answer or a motion for summary judgment. This dismissal is without prejudice and is effective immediately upon filing of this Notice.

The filing of this Notice of Voluntary Dismissal is not intended to have any effect on Plaintiff's claims against other Defendants included in the complaint docketed as Case No. 1:19-op-45546-DAP.

Dated: February 13, 2020

1

Respectfully submitted,

/s/ J. Burton LeBlanc, IV
Russell W. Budd
J. Burton LeBlanc, IV
Laura J. Baughman
Christine C. Mansour
**BARON & BUDD, P.C.**
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Tel.: 214-521-3605
Fax: 214-520-1181
rbudd@baronbudd.com
bleblanc@baronbudd.com
lbaughman@baronbudd.com
cmansour@baronbudd.com

/s/ Anthony J. Majestro
*Attorneys for Plaintiff*
Anthony J. Majestro
J.C. Powell
James S. Nelson
Christina L. Smith
**POWELL & MAJESTRO, PLLC**
405 Capitol Street, Suite P-1200
Charleston, WV 25301
Tel.: 304-346-2889
Fax: 304-346-2895
amajestro@powellmajestro.com
jcpowell@powellmajestro.com
jnelson@powellmajestro.com
csmith@powellmajestro.com

/s/ James C. Peterson
R. Edison Hill (WVSB No. 1734)
James C. Peterson (WVSB No. 2880)
Harry C. Deitzler (WVSB No. 981)
Aaron L. Harrah (WVSB No. 9937)
Sandra B. Harrah (WVSB No. 7130)
Douglas A. Spencer (WVSB No. 9369)
**HILL, PETERSON, CARPER,
BEE & DEITZLER, PLLC**
NorthGate Business Park
500 Tracy Way
Charleston, WV 25311
Tel.: 304-345-5667
Fax: 304-345-1519
jcpeterson@hpcbd.com
rehill@hpcbd.com
HGDeitzler@hpcbd.com
aaron@hpcbd.com
sandra@hpcbd.com
doug@hpcbd.com

/s/ Peter J. Mougey
Peter J. Mougey
Troy Rafferty
Archie C. Lamb, Jr.
Page A. Poerschke
Laura S. Dunning
Jeffrey Gaddy
**LEVIN, PAPANTONIO, THOMAS,
MITCHELL, RAFFERTY &
PROCTOR, P.A.**
316 S. Baylen Street, Suite 600
Pensacola, FL 32502-5996
Tel.: 850-435-7068
Fax: 850-436-6068
pmougey@levinlaw.com
trafferty@levinlaw.com
alamb@levinlaw.com
ppoerschke@levinlaw.com
ldunning@levinlaw.com
jgaddy@levinlaw.com

| | |
|---|---|
| /s/ Paul T. Farrell, Jr. | /s/ Michael J. Fuller, Jr. |
| Paul T. Farrell, Jr. | Michael J. Fuller, Jr. |
| M. Bert Ketchum, III | Amy J. Quezon |
| **Greene, Ketchum, Farrell,** | **MCHUGH FULLER LAW GROUP,** |
| **Bailey & Tweel, LLP** | **PLLC** |
| 419 - 11th Street (25701)/ P.O. Box 2389 | 97 Elias Whiddon Rd. |
| Huntington, West Virginia 25724-2389 | Hattiesburg, MS 39402 |
| Phone: 800.479.0053 or 304.525.9115 | Tel.: 601-261-2220 |
| Fax: 304.529.3284 | Fax: 601-261-2481 |
| paul@greeneketchum.com | mike@mchughfuller.com |
| bert@greeneketchum.com | amy@mchughfuller.com |

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2020, a copy of the foregoing Notice of Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's system.

/s/ Anthony J. Majestro
Anthony J. Majestro